IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL INDICTMENT NO. |
| | * | 1:11-CR-00218-TWT-CCH |
| MAURICE JENKINS, | * | |
| | * | |
| _____Defendant.___ | * | |

## PRELIMINARY MOTION
## TO SUPPRESS

**COMES NOW** the Defendant and makes this, his Preliminary

Motion to Suppress, and shows this Honorable Court the following:

It is the Defendant's information and belief that several telephone

conversations between him and his co-defendant, T'Michael Jones, were

recorded, pursuant to an authorized wiretap for which T'Michael Jones was

the targeted individual.

As of the date of this motion, counsel for the Defendant has not

completed reviewing the discovery materials and the authorization for the

wiretaps.  Thus, out of an abundance of caution, the Defendant files his

Preliminary Motion to Suppress, objecting to the use of any evidence seized

in violation of the Defendant's Fourth Amendment rights under the United

States Constitution.

Respectfully submitted,


s/D. Jones_____
DAVID H. JONES
State Bar No. 405585
Counsel for Defendant
Maurice Jenkins

King King & Jones, P.C.
Studioplex
659 Auburn Avenue
Suite 141
Atlanta, Georgia, 30312
(404) 522-8484
(Fax) 522-8481

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Preliminary Motion to Suppress was formatted in the Times New Roman 14 pt. Font in accordance with Local Rules 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following Assistant United States Attorney of record:

> Cassandra Schansman, Esq.
> Assistant United States District Attorney
> 500 Richard B. Russell Building
> 75 Spring Street, NW
> Atlanta, Georgia  30303

This the 7th day of  June, 2011.

> Respectfully submitted,
>
>
> s/D. Jones_____
> DAVID H. JONES
> State Bar No. 405585
> Counsel for Defendant
> Maurice Jenkins

King King & Jones, P.C.
Studioplex
659 Auburn Avenue
Suite 141
Atlanta, Georgia, 30312
(404) 522-8484
(Fax) 522-8481