IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | CRIMINAL INDICTMENT NO. |
| | * | 1:11-CR-00218-TWT-CCH |
| MAURICE JENKINS, | * | |
| | * | |
| _____Defendant._____ | * | |

## SUPPLEMENTAL MOTION TO SUPPRESS

**COMES NOW** the Defendant and makes this, his Supplemental Motion to Suppress, and shows this Honorable Court the following: On June 7, 2011 the court granted Defendant Jenkins until June 21, 2011 to particularize his Motion to Suppress. The following is said particularization.

### Statement of Facts

T'Michael Jones was a target of a federal investigation concerning drug trafficking. The Government obtained an Order granting an interception of wiretapped communications on a telephone number belonging to T'Michael Jones. Said telephone number was (404) 424-1661.

On October 7, 2010, a conversation between T'Michael Jones on the targeted telephone number and Defendant Maurice Jenkins, whose telephone number was (404) 861-0550, was intercepted and recorded. Later that same

day, a second conversation between T'Michael Jones and Defendant Maurice Jenkins was recorded from the same telephone numbers. Finally, there was a third interception of a call on that day between T'Michael Jones and Defendant Maurice Jenkins.

On October 19, 2010, a conversation between T'Michael Jones and Defendant Maurice Jenkins was intercepted and recorded from the targeted telephone number of T'Michael Jones and the Defendant Maurice Jenkins. The Defendant Jenkins phone number was (404) 721-8379.

On October 20, 2010, another conversation between T'Michael Jones and Defendant Maurice Jenkins was intercepted from the targeted telephone number and Defendant Jenkins. Defendant Jenkins phone number was (404) 721-8379.

Finally, on October 22, 2010, a conversation between T'Michael Jones and Defendant Maurice Jenkins was intercepted from the targeted telephone number. Defendant Jenkins phone number was (404) 721-8379.

## **Argument & Citation of Law**

Under Title III, an aggrieved person has standing to challenge the validity of a wiretap. Under 18 U.S.C. §2510, an aggrieved person is defined as *"a person who was a party to any intercepted wire, oral, or*

*electronic communication; or a person against whom the interception was directed."*

Therefore, under the facts of this case, Defendant Maurice Jenkins has standing to challenge the six intercepted telephone communications.

One of the requirements for the issuance of a wiretap is that the Government establishes a necessity for the wiretap and the proof that other less-invasive investigative techniques could not be employed.  See 18 USC 2518 (1) ( c )

In the instant case, Defendant Maurice Jenkins contends that the Government did not establish adequate proof of the necessity of the wiretap of the conversations between Defendant Maurice Jenkins and co-defendant T'Michael Jones.

This the _____ day of June, 2011.

                                       Respectfully submitted,

                                       s/D. Jones_____
                                       DAVID H. JONES
                                       State Bar No. 405585
                                       Counsel for Defendant
                                       Maurice Jenkins

King, King & Jones, P.C.
Studioplex
659 Auburn Avenue
Suite 141
Atlanta, Georgia  30312
(404 522-8484
(Fax) 522-84581

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion to Suppress was formatted in the Times New Roman 14 pt. Font in accordance with Local Rules 5.1C, and was electronically filed this day with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following Assistant United States Attorney of record:

>Cassandra Schansman, Esq.
>Asst. United States District Attorney
>500 Richard B. Russell Building
>75 Spring Street, NW
>Atlanta, Georgia  30303

This _____ day of June, 2011.

>>s/D. Jones_____
>>DAVID H. JONES
>>State Bar No. 405585
>>Counsel for Defendant
>>Maurice Jenkins

King, King & Jones, P.C.
Studioplex
659 Auburn Avenue

Suite 141
Atlanta, Georgia  30312
(404 522-8484
(Fax) 522-84581